FILED IN
COURT OF CRIMINAL APPEALS

October 7, 2015

ABEL ACOSTA, CLERK

PD-0681-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/6/2015 3:38:13 PM
Accepted 10/6/2015 3:50:23 PM
ABEL ACOSTA
CLERK

CAUSE NUMBER: PD-0681-15

TO THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

DAVID LEE CLEMENT, JR.,                                          Appellant

v.

THE STATE OF TEXAS,                                              Appellee

ENTRY OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RAY NAPOLITAN, Attorney at Law, and advises the Court that he will remain as attorney of record for Appellant, David Lee Clement, Jr., and enters this appearance as counsel in the above styled and numbered cause.

Respectfully submitted,

/s/ Ray Napolitan
RAY NAPOLITAN, Attorney at Law
State Bar Number 24076583

**THE LAW OFFICE OF JIM SHAW**
916 W. Belknap Street
Fort Worth, Texas  76102
817-877-0401   Fax 817-877-0404
Attorneys for the Appellant
ray@jimshawlaw.com